# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 202 WAL 2016

            Respondent               :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

            v.                   :

                                :

                                :

RAMSEY WOOD,                   :

                                :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.